UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION, </br></br>　　　　Appellee, </br></br>　　v. </br></br>RELIABLE LIMOUSINE SERVICE, LLC and PAUL BENJAMIN RODBERG. </br></br>　　　　Appellants. | ) ) ) ) ) ) ) ) Case No: 13-7072 ) ) ) ) ) ) |

**CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES**

Come now Reliable Limousine Service, LLC ("Reliable") and Paul Benjamin Rodberg ("Mr. Rodberg") (Mr. Rodberg and Reliable being collectively known as the "Appellants," and each sometimes being known as an "Appellant"), by and through undersigned counsel, and pursuant to Circuit Rule 12(c), Circuit Rule 28(a)(1), and this Honorable Court's order of May 9, 2013 (document #1435089), state as follows:

a) The following- parties appeared before the United States District Court for the District of Columbia and now appear before this Honorable Court:

　　i. Paul Benjamin Rodberg (defendant / appellant)

　　ii. Reliable Limousine Service, LLC (defendant / appellant)

　　iii. Washington Metropolitan Area Transit Commission (plaintiff / appellee)

b) The following rulings are under review:

　　i. The ruling of Judge Ellen S. Huvelle, of the United States District Court for the District of Columbia, entered February 6, 2013, found at Docket Entry 24,

       wherein Washington Metropolitan Area Transit Commission's Motion for Sanctions Pursuant to Rule 37(b)(2) – as filed on January 18, 2013 and found at Docket Entry 19 – was granted;

  ii.    The ruling of Judge Ellen S. Huvelle, of the United States District Court for the District of Columbia, entered April 3, 2013, found at Docket Entry 28, wherein the defendants' Motion for Reconsideration – as filed on March 6, 2013 and found at Docket Entry 26 – was denied; and

  iii.    The ruling of Judge Ellen S. Huvelle, of the United States District Court for the District of Columbia, entered as a "minute order" on July 9, 2012 and for which no corresponding docket entry exists, wherein the defendants' Motion to Dismiss – as filed on May 14, 2012 and found at Docket Entry 3 – was denied.

c) The Appellants do not believe there to be any related cases pending in this Honorable Court or any other tribunal. However, in the interest of over-disclosure, the Appellants do note that Case No. 13-1735, pending in the United States Court of Appeals for the Fourth Circuit, involves certain facts common to this appeal, but neither of the Appellants are themselves a party to that matter, and the legal issues raised in that matter are of no relation to the legal issues raised herein.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted,

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*

### CERTIFICATE OF SERVICE

Pursuant to, and in conformity with, Federal Rule of Appellate Procedure 25(c)(2) and Circuit Rule 25(c), I hereby certify that on this 10th day of June 2013, the foregoing document was served on Jeffrey Michael Lehman, Esq., counsel for the Washington Metropolitan Area Transit Commission, via this Honorable Court's CM/ECF system, at jlehmann@wmatc.gov.

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*

4830-0598-1460, v. 1